Marcus GRANGER, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. ED 76507.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 18, 2000.

Douglas L. Levine, Ferguson, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kristin M. Frazier, Asst. Atty. Gen., Jefferson City, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS and LAWRENCE E. MOONEY, JJ.

ORDER

PER CURIAM.

Movant appeals from a judgment denying on the merits, without an evidentiary hearing, his Rule 29.15 motion for post-conviction relief.

The findings and conclusions of the motion court are based on findings of fact that are not clearly erroneous. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm the judgment pursuant to Rule 84.16(b)(2).